UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTONIO WASHINGTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAPTAIN BACON et al.,<br><br>　　　　Defendants. | Case No. C05-1403-MJP-JPD<br><br>ORDER DISMISSING FOR FAILURE TO AMEND COMPLAINT |

Plaintiff is proceeding pro se and in forma pauperis ("IFP") as he attempts to bring this 42 U.S.C. § 1983 civil rights action. On August 24, 2005, the Court declined to serve plaintiff's complaint until he corrected certain deficiencies therein. The Court advised plaintiff of those deficiencies and notified him that failure to correct them by September 23, 2005, could result in dismissal of the case. Plaintiff has not corrected the deficiencies.

It is therefore ORDERED:

(1)　The case is DISMISSED without prejudice.

(2)　The clerk is directed to send copies of this Order to plaintiff and to United States Magistrate Judge James P. Donohue.

ORDER
PAGE -1

01     Dated this __4th__ day of __October__, 2005.

               _/s/ Marsha J. Pechman_
               Marsha J. Pechman
               U.S. District Judge

Recommended for entry this

29th day of September, 2005.

/s/  JAMES P. DONOHUE
United States Magistrate Judge

ORDER
PAGE -2